RECEIVED IN
COURT OF APPEALS, 5th DIST. 453D

AUG 07 2014        000322

LISA MATZ
CLERK, 5th DISTRICT

No. DC-12-07666-D

| | | |
|---|---|---|
| AURELIANA MARTINEZ, ET AL., | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | DALLAS COUNTY, TEXAS |
| | § | |
| GOODYEAR TIRE & RUBBER | § | |
| COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | 95TH JUDICIAL DISTRICT |

## ORDER

The Court's discovery Order of April 8, 2014, is VACATED. *See* No. 05-14-00529-CV (Tex. App.–Dallas)(Order of August 6, 2014).

It is further ORDERED that the Clerk of the Court shall prepare a certified copy of this Order and forthwith file same with the Court of Appeals for the Fifth District of Texas at Dallas in No. 05-14-00529-CV, an original proceeding styled *In re Goodyear Tire & Rubber Company, Relator.*

SIGNED this 7th day of August, 2014.

_____
KEN MOLBERG
Judge, 95th District Court

**ORDER - Page 1**